Anthony Oliver., Plaintiff Pro Se
1502 Benton Blvd, # 5108
Savannah, Georgia 31407
(912) 220-5842 (Telephone)
Anthony.oliver29@gmail.com

*Plaintiff Appearing Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISON

| | |
|---|---|
| ANTHONY OLIVER, | ) Case No. 3:18-cv-05505-MMC |
| Plaintiff, | ) **PLAINTIFF'S NOTICE OF** |
| | ) **SUPPLEMENTAL EXHIBITS A & B** |
| v. | ) |
| | ) Date:  November 16, 2018 |
| | ) Time:  9:00 a.m. |
| LYFT, Inc., a California Corporation; LOGAN GREEN, an individual; JOHN ZIMMER, an individual; KRISTIN SVERCHEK and DOES 1 through 10, inclusive. | ) Crtrm: Courtroom 7, 19th Floor |
| | ) Honorable Maxine M. Chesney |
| Defendants. | ) |

i

Plaintiff Anthony Oliver, ("Plaintiff"), hereby submits Exhibit A and B as attachments to Plaintiffs already filed Notice of Non-Opposition.

Dated:  October 23, 2018                    Respectfully submitted,

By: /s/  Anthony Oliver

## CERTIFICATE OF SERVICE

I, Anthony Oliver, certify that on October 23, 2018, I filed the foregoing Plaintiff's Supplemental Exhibits via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to the following counsel of record:

Kuruvilla Olasa, Esq.
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 15th Floor
Los Angeles, California 90071-3426

Dated:  October 23, 2018                    Respectfully submitted,

By: /s/  Anthony Oliver

1