**Gmail**                                    Anthony Oliver <anthony.oliver29@gmail.com>

---

**LA Times reporter <> Lyft**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @latimes.com>                                     Mon, Oct 22, 2018 at 1:02 PM
To: "anthony.oliver29@gmail.com" <anthony.oliver29@gmail.com>

Hi Anthony,

Hope you're doing well. My colleague ▓▓▓ passed along your email. I'd love to hear a bit more about your complaint against Lyft. Can you send me a copy of the complaint? Thanks!

▓▓▓▓▓▓▓▓

Tech Reporter, Los Angeles Times

@▓▓▓▓▓

Contact me securely on Signal, Telegram, WhatsApp, Confide

▓▓▓▓▓▓