FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 DEC 19 PM 2:06
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER,

    Plaintiff,

v.

LYFT, INC., a California
Corporation, LOGAN GREEN, an
individual, JOHN ZIMMER, an
individual, KRISTIN SVERCHEK,
and DOES 1 through 10,

    Defendants.

CASE NO. CV418-270

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 56.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed an answer or motion for summary judgment in this case, this case is hereby **DISMISSED WITHOUT PREJUDICE**. As a result, Plaintiff's Motion to Amend (Doc. 32), and Motion for Service (Doc. 48) are **DISMISSED AS MOOT**. Additionally, Defendants' Motion for Bond (Doc. 46) is **DISMISSED AS**

**MOOT**. Each party shall bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of December 2018.

                                    WILLIAM T. MOORE, JR.
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA